UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

SYDNEY HART,

                      Plaintiff,

— against —

SUFFOLK COUNTY, MICHAEL ALFANO, JAMES McQUADE, KELLIE BURGHARDT, MAXWELL EDWARDS, TIMOTHY CABLE, JAMIE RICE, and KENNETH KOPCZYNSKI,

                      Defendants.

Index No. 17-CV-5067 (JS) (SIL)

**STIPULATION OF (PARTIAL)**
**VOLUNTARY DISCONTINUANCE**

---

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Sydney Hart and Defendants Michael Alfano and James McQuade, through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily and finally dismissed with prejudice, without costs or attorneys' fees to any party. This stipulation does not apply to the remaining Defendants.

Dated: April 22, 2021

By: _____
Arlene Zwilling
Suffolk County Attorney's Office
100 Veterans Memorial Highway
Hauppauge, New York 11788
T:(631) 853-4049
*arlene.zwilling@suffolkcountyny.gov*

By: _____
David B. Shanies
David B. Shanies Law Office
411 Lafayette Street, Suite 600
New York, New York 10003
T:(212) 951-1710
*david@shanieslaw.com*